
**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Knoxville

Knox Division

AUG 1 2 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

|  |  |
|---|---|
| Thomas J Gomiela<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br>Salvatore Valenti<br>Christopher J Oddo<br>Robert Musial<br>DA Timothy Sini<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.   3:20-CV-357<br><br>*(to be filled in by the Clerk's Office)*<br><br>Varlan / Poplin |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas J Gomiela |
| Street Address | 5947 Nature Lane |
| City and County | Knoxville, Knox County |
| State and Zip Code | TN |
| Telephone Number | 865-232-6751 |
| E-mail Address | dbler67@aol.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Salvatore Valenti |
| Job or Title *(if known)* | Auto Shop Owner |
| Street Address | 120 Evergreen Avenue |
| City and County | Medford  Suffolk |
| State and Zip Code | NY 11763 |
| Telephone Number | 631-882-3363 |
| E-mail Address *(if known)* | sales@elitemotorsports.net |

Defendant No. 2

| | |
|---|---|
| Name | Christopher J Oddo |
| Job or Title *(if known)* | Suffolk County Police Officer |
| Street Address | 11 Iowa Avenue |
| City and County | Port Jefferson Station  Suffolk |
| State and Zip Code | NY |
| Telephone Number | 631-595-9054 |
| E-mail Address *(if known)* | christopher.oddo@suffolkcountyny.gov |

Defendant No. 3

| | |
|---|---|
| Name | Robert Musial |
| Job or Title *(if known)* | Suffolk County Internal Affairs Officer |
| Street Address | 30 Yaphank Avenue |
| City and County | Yaphank  Suffolk |
| State and Zip Code | NY 11980 |
| Telephone Number | 631-852-6265 |
| E-mail Address *(if known)* | Robert.musial@suffolkcountyny.gov |

Defendant No. 4

| | |
|---|---|
| Name | Judge James Saladino |
| Job or Title *(if known)* | Judge in Suffolk County Criminal Court |
| Street Address | 400 Carleton Avenue |
| City and County | Central Islip  Suffolk |
| State and Zip Code | NY 11722 |
| Telephone Number | 631-208-5735 |

E-mail Address *(if known)*    Do not know

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Multiple Federal Civil Rights Violation
Concealment
Felony Rescue
Trespassed upon the case
Denial of due process
Acted under the color of law in an attempt to seize control of the court
Manufacturing an Unlawful Order
Aiding and Abetting

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

_____ .

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1 5

| | |
|---|---|
| Name | Daryl Levy |
| Job or Title *(if known)* | Suffolk County Assistant District Attorney |
| Street Address | 400 Carleton Avenue |
| City and County | Central Islip  Suffolk |
| State and Zip Code | NY 11722 |
| Telephone Number | 631 853 7823 |
| E-mail Address *(if known)* | daryl.levy@suffolkcountyny.gov |

Defendant No. 2 6

| | |
|---|---|
| Name | Marc MacNaughton |
| Job or Title *(if known)* | Suffolk County Assistant District Attorney |
| Street Address | 400 Carleton Avenue |
| City and County | Central Islip  Suffolk |
| State and Zip Code | NY |
| Telephone Number | 631-853-4161 |
| E-mail Address *(if known)* | marc.macnaughton@suffolkcountyny.gov |

Defendant No. 3 7

| | |
|---|---|
| Name | Taylor Steele |
| Job or Title *(if known)* | Suffolk County Assistant District Attorney |
| Street Address | 400 Carleton Avenue |
| City and County | Central Islip  Suffolk |
| State and Zip Code | NY 11722 |
| Telephone Number | 631-853-4161 |
| E-mail Address *(if known)* | taylor.steele@suffolkcountyny.gov |

Defendant No. 4 8

| | |
|---|---|
| Name | Timothy Sini |
| Job or Title *(if known)* | Suffolk County District Attorney |
| Street Address | 400 Carleton Avenue |
| City and County | Central Islip  Suffolk |
| State and Zip Code | NY  11722 |
| Telephone Number | 631-853-4161 |

E-mail Address *(if known)*    Timothy.sini@suffolkcountyny.gov

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1 9

| | |
|---|---|
| Name | Marc Lindemann |
| Job or Title *(if known)* | Suffolk County Corruption |
| Street Address | 400 Carleton Avenue |
| City and County | Central Islip  Suffolk |
| State and Zip Code | NY 11722 |
| Telephone Number | 631 853 4626 |
| E-mail Address *(if known)* | marc.lindemann@suffolkcountyny.gov |

Defendant No. 2 10

| | |
|---|---|
| Name | Suffolk County Police Dept  Jane Doe John Doe |
| Job or Title *(if known)* | Jane Doe John Doe |
| Street Address | 30 Yaphank Avenue |
| City and County | Yaphank  Suffolk |
| State and Zip Code | NY 11980 |
| Telephone Number | 631-852-6265 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b. If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A. Where did the events giving rise to your claim(s) occur?

County of Suffolk in the State of New York

B.    What date and approximate time did the events giving rise to your claim(s) occur?

From 3/1/19 to present date

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Salvatore Valenti owner of Elite Motorsports damaged my truck while changing my steering gear box and then engaged in an unauthorized repair to cover it up. When I called to discuss it with him his service writer, a retired NY police officer Frank Ragone told me to go f**k myself and said you can't do anything to us. On the one occasion I spoke to Sal Valenti he was unwilling to admit that his shop caused the damage and lied to his insurance company engaging in insurance fraud. I took to the internet to voice my disgust at what they had done to warn others to stay away from the shop. On 3/1/19 I got my first phone call from Christopher J Oddo a suffolk county police officer. He was calling and telling me I needed to stop posting online about Elite Motorsports. I explained that this is the USA and I am entitled to my free speech. I continued to post online and Christopher J Oddo continued to call and threatened me that if I did not stop posting online I would have problems. He called my wife on 3/16/19 and 3/17/19 while she was on a business cruise in Florida stating he was going to arrest me after deliberately watching her public facebook page that she used for her business to cause intentional harm to her business while never calling me. On 3/18/19 I went to Internal Affairs and reported the actions of Christopher J Oddo to Lt Robert Musial who I most certainly believe had my computer hacked. I had this computer for over two years never hacked before, no malicious files or spyware ever installed but at a later date when I was searching for deleted files on the hard drive I found hundreds of deleted files that were deleted on the morning of 3/19/19 after being used to take control of my computer and spy on me. Robert Musial has already been sued in Federal Court for similar activities of spying on people and hacking the phone and computers of Lorena Velasquez who claims her civil rights were violated by Suffolk County PD and naming Robert Musial. Robert Musial along with Chistopher J Oddo then went into full cover up mode manufacturing evidence in the form of a false statement signed by Salvatore Valenti full of lies to which the discovery does not support. This statement was in fact created after our 3/18/19 visit to Internal affairs but back dated to cover up for and manipulate the time line for the crimes of Christopher J Oddo. Even a lawyer Wayne Marks has sworn an affirmation that Christopher J Oddo told him he was having me arrested for my posts online. A warrant was mailed to my home and I turned myself in for an arrest in Central Islip's courthouse on 4/23/19. There has been mass corruption at every turn. I have been able to find out that Christopher J Oddo is related to Valenti's and are both in the auto business. Chrsitopher J Oddo is in the auto business and his family owns Car Tec Enterprises in Deer Park, NY Suffolk County. I have been told by multiple reliable sources that Salvatore Valenti is involved in the italian mafia and deals in illegal activity involving cars and has cops on his payroll. The judge on my case James Saladino was hand selected to preside over my case and is totally biased. It took months to get the discovery none of which supported the statement by Salvatore Valenti and our first ADA Taylor Steele got freaked out and left our case after we tagged her on facebook and told her what was really going on. They then put Marc Macnaughton on the case who had not even passed the Bar but was all over facebook posing in pictures with Tim Sini the DA, Andrew Cuomo the Governor of NY, Joseph Saladino the Town Supervisor of Oyster Bay the brother of Judge James Saladino along with other powerful people in Suffolk County. Marc MacNaughton is a political hack brought in to continue this charade and this person who has not even passed the Bar could not be held accountable. When we called Marc MacNaughton out on facebook for his improprieties and inappropriate friendships suddenly he was not longer at the DA's office but we are not allowed to know what happened to him even though it may be pertinent to our case. Our attorney had an excellent response in his motion to dismiss and to Marc MacNaughton's response and still Judge James Saladino refused to drop the charges. The reason Judge James Saladino refuses to drop the charges and Timothy Sini DA refuse to drop the charges is they know that they are maliciously prosecuting me to cover up for the crimes of Chrsitopher J Oddo and Robert Musial who acted under the color of law. They even refuse to arrest Salvatore Valenti for the A misdemeanor charge of signing a false statement with multiple easily proven lies like me messaging him at his salchacci instagram account or leaving a yelp review neither of which ever happened. He also says in his statement that he told me to stop contacting him which is 100% a lie and to the contrary the last communication I ever received from him was to contact him at his shop and email him and bring in your truck on the actual day he now alleges I stalked him. Important to note I have never been back to that shop since the day I first picked up my truck. I have been very outspoken on facebook naming this travesty of justice #oddogate and now that I have gone pro se ADA Daryl Levy and everyone at the DA's office refuses to speak to me about my case or about the allegations of perjury and corruption that Daryl Levy was supposedly investigating. They state that

they will only speak to us in front of Judge James Saladino which is a crime since as a pro se litigant I must be afforded the same rights as an attorney. They discussed my case with James D'Angelo between court appearance but now refuse to speak to me as a pro se litigant. Furthermore, Marc Lindemann the head of corruption at the Suffolk County DA's officer refuses to take our phone calls. Back on March 16, 2020 my lawyer James D'Angelo sent a letter requesting to invoke the CPL 30.30 invoking and requesting a speedy trial and my request has been ignored. Furthermore Tim Sini has blocked me on the Suffolk County District attorneys official facebook page and deleted my comments again violating my civil rights. He then went ahead and blocked my wife Rachel Reiss and deleted her comments just for asking why he blocked me and deleted my comments. I have reported the crimes of all the people named in this injuction to the Southern District of the DOJ and my wife has even spoken to John Henry Durham, Geoffrey Berman and Richard Donoghue personally. The latest is that Judge James Saladino on 7/30/20 has mandated me to appear in his courtroom on 8/13/20 knowing fully well that by living in Tennessee I would have a mandatory 14 day quarantine in NY upon entering or risk being fined. How would I be able in less than 14 days notice appear in his court without breaking the quarantine mandate and possibly being subjected to fines? When I have requested a virtual conference he has refused. This is completely unreasonable and further retaliation.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

This has robbed me of peace and joy in my life and taken years away from me that I will never get back. I no longer felt safe in New York a place I had always felt safe and had always considered home and that can never be given back to me. The corruption and misconduct and retaliation witnessed at the hands of the Suffolk County Police department and Suffolk County government left me feeling like the only wise choice for my safety and my family's safety was to put my home up for sale and move far away to where it would limit their ability to continue further retaliation. Living in constant fear led to my wife and I living with anxiety and depression. It has affected my mental health which has affected my physical health and has cost me great economic harm and has caused great strain on my relationship with my wife and my dogs. It has affected everything and every aspect of my life. I no longer trust the police. I see a car that looks slightly suspicious I automatically think of the situation and wonder if someone has followed me here to Tennessee and looking to get me or watch ot be related to oddogate? You can not put a price on all of this!!

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am looking for my case to be overseen and looked at by an ethical, impartial and non corrupted judge who can look at my file and from an unbiased vantage point see that I never stalked anyone. In fact the last communication from Salvatore Valenti was to contact him. In addition I was contacting him for a legitimate purpose. Two key elements of Stalking in the fourth degree are not there. In addition, I want a full scale investigation into my allegations. I reported to the FBI what Christopher J Oddo did a few days after going to Internal Affairs on 3/18/19. I question the integrity of not just the local authorities but I question the integrity of the federal government. This cover up was done right under the noses of the FBI. If the phone records from 3/2/19 where reviewed- the date the statement Salvatore Valenti claims he signed it you would see these men were not together and if the video surveillance of the 1st precinct Christopher J Oddo worked at was pulled from that day you would know that Salvatore Valenti was not there. In addition, I would be happy to hand over the hard drive from the computer that they started hacking on 3/18/19 and ny the morning of 3/19/19 complete control/administrative rights were gained by unauthorized people that I know was Suffolk County Police Department because fb messages, emails and fb posts all pertaining to oddogate of me and my wife's mysteriously disappeared. My wife is an accountant. All our banking and financial and personal information were held on this computer and none of our funds or credit card info was harvested during this hack it was merely designed to spy on our home which I know from all the files I found and it was done to not be noticed and it is not coincidental that a computer that never a prior breach of security had one on the same day we visited Internal Affairs. It is also not a coincidence that other people have made this allegation against Robert Musial as well.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/11/2020

Signature of Plaintiff

Printed Name of Plaintiff    Thomas J Gomiela

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

**James D'Angelo**
Attorney at Law
320 Carleton Avenue
Suite 4200
Central Islip, New York 11722
(631) 462-6908
FAX (631) 232-5343

March 16, 2020

District Attorney's Office
County of Suffolk
7?? Carleton Avenue
Central Islip, New York 11722

RE: People v. Thomas J. Gambela
Docket No.: CR 03155-1960
Next Date: April 3, 2020
Room: D-52
Our File No.: 03-175

Dear Sir/Madam:

I write to notify the Court that my client, Thomas J. Gambela, stands ready for trial and demands a speedy trial in reference to the above matter.

If you have any questions please do not hesitate to contact this office.

Thank you for your anticipated courtesies and cooperation.

Very truly yours,

JAMES D'ANGELO, ESQ.

JD:jd
Cc: District Court
County of Suffolk
400 Carleton Avenue
Central Islip, New York 11722

Thomas J. Gambela

Case 3:20-cv-00357-TAV-DCP    Document 1    Filed 08/12/20    Page 13 of 14    PageID #: 13

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL



U.S. POSTAGE PAID
PME 1-Day
KNOXVILLE, TN
37914
AUG 11, 20
AMOUNT
**$26.35**
1007      37902      R2304M111965-17

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS**

RECEIVED



AUG 12 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

INSPECTED

EJ 407 345 700 US

## CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)      PHONE (    )

Thomas Gomiela
5947 Nature Lane
Knoxville, TN 37912

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)      PHONE (    )

US District Court
800 Market St STE 130
Knoxville, TN 37902

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

## PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)

☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 37914 | 8/12/20 | $26.35 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | Insurance Fee $ | COD Fee $ |
| 8/11/20 | | | |
| Time Accepted ☐ AM ☑ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| 1:09 | | | |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ☐ Flat Rate lbs. 3.9 ozs. | Acceptance Employee Initials SW | $ 26.35 | |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019      PSN 7690-02-000-9996

PRIORITY MAIL EXPRESS

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



P S 10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2



This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

UNITED STATES POSTAL SERVICE

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
+ Money Back Guarantee for U.S. destinations only.      × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.